# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5317**                                  **September Term, 2025**

1:25-cv-00400-AHA
1:25-cv-00402-AHA

**Filed On:** September 5, 2025

AIDS Vaccine Advocacy Coalition, et al.,

      Appellees

  v.

United States Department of State, et al.,

      Appellants

------------------------------

Consolidated with 25-5319

**BEFORE:**     Pillard, Walker*, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, and the opposition thereto, it is

**ORDERED** that the motion for stay be denied. Appellants have not satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

        BY:    /s/
                 Amy Yacisin
                 Deputy Clerk

* Circuit Judge Walker would grant the motion for stay.